B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)      Case Number **14−20553**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/30/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jason Charles Odom
79 Bluff Avenue
La Grange, IL 60525

| | |
|---|---|
| Case Number: 14−20553<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8844 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575−8181 | Bankruptcy Trustee (name and address):<br>Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654<br>Telephone number: 312−222−9350 |

## Meeting of Creditors:
Date: **July 17, 2014**      Time: **01:30 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 9/15/14**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: June 3, 2014 |

**EXPLANATIONS** B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-20553-JPC
Jason Charles Odom                                                    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: carmstead              Page 1 of 1              Date Rcvd: Jun 03, 2014
                               Form ID: b9a                 Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2014.
```
db         +Jason Charles Odom,    79 Bluff Avenue,    La Grange, IL 60525-2507
22003194   +Brummet & Olsen, LLP,    111 South Grant Street,    Hinsdale, IL 60521-4050
22003196   +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
22003197   +Department of Education,    FedLoan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
22003199    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22003200   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22003201   +Gaetana Ponticiello,    79 Bluff Avenue,    La Grange, IL 60525-2507
22003203   +Larson & Associates,    230 W. Monroe Suite 2220,    Chicago, IL 60606-4902
22003205    Pennymac Loan Services LLC,    Attn: Correspondence Unit,    PO Box 514387,
             Los Angeles, CA 90051-4387
22003204   +Pennymac Loan Services LLC,    27001 Agoura Road, Suite 350,    Agoura Hills, CA 91301-5112
22003206   +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
22003207   +Servpro,    PO Box 3191,    Hinsdale, IL 60522-3191
22003208   +State of Illinois: Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
22003209   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22003210   +Trust Investments,    6204 W. Irving Park Road,    Chicago, IL 60634-3167
22003213   +US Department of Education,    Potomac Center Plaza (PCP),    550 12th Street, SW,
             Washington, DC 20202-0031
22003212   +US Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0001
22003214   +US Department of Education,    Capitol Place,    555 New Jersey Ave, NW,
             Washington, DC 20208-0003
22003211   +US Department of Education,    Po Box 530260,    Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: Cmagerski@sulaimanlaw.com Jun 04 2014 01:16:06     Charles L. Magerski,
             Sulaiman Law Group, LTD,    900 Jorie Boulevard,    Suite 150,    Oak Brook, IL  60523
tr         +EDI: QCLSTEEGE.COM Jun 04 2014 00:53:00     Catherine L. Steege, ESQ,    Jenner & Block,
             353 N. Clark Street,    Chicago, IL 60654-5474
22003193   +EDI: BANKAMER2.COM Jun 04 2014 00:53:00     Bank Of America, N.A. *,    401 N. Tryon Street,
             NC1-021-02-20,    Charlotte, NC 28255-0001
22003195   +EDI: CHASE.COM Jun 04 2014 00:53:00     Chase *,    ATTN: Bankruptcy Department,    P.O. Box 15298,
             Wilmington, DE 19850-5298
22003198   +EDI: NAVIENTFKASMDOE.COM Jun 04 2014 00:53:00     Department of Education / Sallie Mae,
             Po Box 9635,    Wilkes Barre, PA 18773-9635
22003202    EDI: IRS.COM Jun 04 2014 00:53:00     Internal Revenue Service,    Department of Treasury,
             PO Box 219236,    Kansas City, MO 64121
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2014 at the address(es) listed below:
```
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Charles L. Magerski    on behalf of Debtor Jason Charles Odom Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```