Doc#. 1529... Fee: $44.00
RHSP Fee:$9.00 ...
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 10/02/2015 10:46 AM Pg: 1 of 4

Property of Cook County Recorder of Deeds

# Recording Cover Page

**ORDER APPROVING SALE**

Address: 1347 WEST ANCONA STREET UNIT 1, CHICAGO, IL 60642 F/K/A
60622

Pin: 17-08-114-051-0000
PA: 13-16792

This Document Prepared By:
PIERCE & ASSOCIATES
Return To: Terry Griffin
1 North Dearborn
Thirteenth Floor
Chicago, Illinois 60602



NOT AN OFFICIAL DOCUMENT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CHANCERY DIVISION

PENNYMAC HOLDINGS,

    Plaintiff,

-v-

13 CH 28538
1347 WEST ANCONA STREET UNIT 1
CHICAGO, IL 60642

JASON ODOM A/K/A JASON C. ODOM, GAETANA PONTICELLO ODOM

Calendar #59 JUDGE LOFTUS

    Defendants

## ORDER APPROVING REPORT OF SALE AND DISTRIBUTION, CONFIRMING SALE AND ORDER OF POSSESSION, ORDER FINDING PERSONAL DEFICIENCY

This cause comes to be heard on Plaintiff's motion for the entry of an Order Approving the Report of Sale and Distribution, confirming the sale of the premises, which are the subject of the matter captioned above and described as:

LOT 76 IN SUBDIVISION OF THE EAST 1051 FEET OF BLOCK 1 IN TAYLOR'S SUBDIVISION OF BLOCK 1 IN ASSESSOR'S DIVISION OF THE EAST HALF OF THE NORTHWEST QUARTER OF SECTION 8, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Commonly known as 1347 WEST ANCONA STREET UNIT 1, CHICAGO, IL 60642

Property Index No. 17-08-114-051-0000.

Due notice of said motion having been given, the Court having examined said report and being fully advised in the premises, FINDS:

That all notices required by 735 ILCS 5/15-1507(c) were given;

That said sale was fairly and properly made;

That the Judicial Sales Corporation, hereinafter "selling officer," has in every respect proceeded in accordance with the terms of this Court's Judgment; and

That justice was done.

IT IS FURTHER ORDERED:

That the real property that is the subject matter of the instant proceeding is occupied, two-unit;

That the real property described herein was last inspected by movants, its insurers, investors, or agents on July 23, 2015

IT IS THEREFORE ORDERED:

That the sale of the premises involved herein and the Report of Sale and Distribution filed by the Selling Officer are hereby approved, ratified, and confirmed;

That the proceeds of the sale be distributed in accordance with the Report of Sale and Distribution;

That the Mortgagee's fees and costs arising between the entry of the Judgment of Foreclosure and Sale and the date of sale are approved;

1 of 2

NOT AN OFFICIAL DOCUMENT

That there shall be no personal deficiency judgment pursuant to 735 ILCS 5/15-1508 against the Mortgagor(s) JASON ODOM A/K/A JASON C. ODOM, GAETANA PONTICELLO ODOM by statute provided, against:

That The Special Right to Redeem, if applicable, pursuant to 735 ILCS 5/15-1604, shall expire 30 days after entry of this Order; and

735 ILCS 5/9-117 is not applicable to this order entered pursuant to Article 15 (IMFL).

Upon request by the successful bidder, PENNYMAC HOLDINGS, LLC, or assignee and provided that all required payments have been made pursuant to 735 ILCS 5/15-1509, the Selling Officer shall execute and deliver to the successful bidder including any lessees, investors, and agents of Plaintiff a deed sufficient to convey title.

Municipality or County may contact the below with concerns about the real property:

Grantee or Mortgagee: PENNYMAC LOAN SERVICES, LLC
Contact: c/o Janek Park

Address: 6101 CONDOR DRIVE, SUITE 200
MOORPARK, CA 93021
Telephone Number: (866) 695-4122

IT IS FURTHER ORDERED:

Upon request by the successful bidder, PENNYMAC HOLDINGS, LLC, or assignee is entitled to and shall have possession of the premises as of a date 30 days after entry of this Order, without further Order of Court, as provided in 735 ILCS 5/15 – 1701;

That the Sheriff of Cook County is directed to evict and dispossess JASON ODOM A/K/A JASON C. ODOM, GAETANA PONTICELLO ODOM from the premises commonly known as 1347 WEST ANCONA STREET UNIT 1, CHICAGO, IL 60642

That the Sheriff cannot evict until 30 days after the entry of this order.

No occupants other than the individuals named in this Order of Possession may be evicted without a Supplemental Order of Possession or an order from the Forcible Entry and Detainer Court.

That the Movant shall mail a copy of this Order within seven (7) days to the last known address of the Mortgagor.

IT IS FURTHER ORDERED that the Deed to be issued hereunder is a transaction that is exempt from all transfer taxes, either state or local, and the County Recorder of Deeds is ordered to permit immediate recordation of the Deed issued hereunder without affixing any transfer stamps.

Date: _____     ENTER: _____

Judge Anna M. Loftus
SEP 01 2015
Circuit Court - 2102

PIERCE & ASSOCIATES
One North Dearborn Street Suite 1300
CHICAGO, IL 60602
(312) 476-5500
Attorney File No. PA1316792
Attorney Code. 91220
Case Number: 13 CH 28538
TJSC# 35-5917

2 of 2

Property of Cook County Recorder of Deeds



I hereby certify that the document to which this certification is affixed is a true copy.
Date **DOROTHY BROWN** OCT 012
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL